O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   DIANA K. SCHMIDT,                    )   Case No. EDCV 03-1404 AN
                                          )
11              Plaintiff,                )   MEMORANDUM AND ORDER
                                          )
12        v.                              )
                                          )
13   JO ANNE B. BARNHART,                 )
     COMMISSIONER OF THE SOCIAL           )
14   SECURITY ADMINISTRATION,             )
                                          )
15              Defendant.                )
                                          )
16   ─────────────────────────────────── )

17        Pursuant to 42 U.S.C. § 405(g), Plaintiff is seeking judicial review of the final

18   decision of the Commissioner of the Social Security Administration (the

19   "Commissioner") denying her claim for disability insurance benefits ("DIB") pursuant

20   to Title II of the Social Security Act ("Act").  Both parties have consented to proceed

21   before the undersigned Magistrate Judge. Pursuant to the Court's Case Management

22   Order, the parties have filed a joint stipulation and request for an order summarily

23   deciding issues concerning remand and/or immediate payment of benefits ("JS").

24        The relevant background facts are familiar to both parties and Plaintiff has

25   stipulated that the decision of the Administrative Law Judge ("ALJ") fairly and

26   accurately summarizes the hearing testimony and medical evidence in the record except

27   as noted in her contentions.

28        In the JS, Plaintiff contends the ALJ erred by: (1) disregarding the physicians'

Page 1

1  opinions; (2) failing to properly assess her credibility; (3) failing to properly assess her

2  residual functional capacity; (4) failing to pose a complete hypothetical to the vocational

3  expert; and (5) failing to fully and fairly develop the record. The Commissioner

4  disagrees.

5      After reviewing the parties' respective contentions and the record as a whole, the

6  Court finds Plaintiff's contentions lack merit and are deficient for the well-stated reasons

7  expressed by the Commissioner. Consequently, the Court rejects Plaintiff's contentions

8  for the reasons set forth by the Commissioner. Further, for the reasons discussed by the

9  Commissioner in the JS, the Court also finds the ALJ's determination of non-disability

10 is free of legal error and supported by substantial evidence. Accordingly, Plaintiff's

11 request for an order directing the payment of benefits or remanding this case for further

12 proceedings is DENIED, and the Commissioner's request for an order affirming the

13 Commissioner's final decision and dismissing the action is GRANTED. The clerk shall

14 enter judgment, close the file and terminate all pending motions.

15

16      IT IS SO ORDERED.

17

18 DATED: September 28, 2005        /s/ Arthur Nakazato
                                    ARTHUR NAKAZATO
19                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28